# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2014

## NO. 03-14-00396-CV

**Texas Board of Chiropractic Examiners and Yvette Yarbrough, Executive Director, Appellants**

**v.**

**Texas Medical Association, Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the order signed by the district court on June 5, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.